UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WISCONSIN IBEW-NECA RETIREMENT PLAN,
JANESVILLE - BELOIT AREA ELECTRICAL
JOINT APPRENTICESHIP AND TRAINING FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,

        Plaintiffs,

        vs.               Case No. 10-CV-102

WILLIAMS ELECTRIC, LLC,

        Defendant.

ENTRY OF DEFAULT OF
DEFENDANT WILLIAMS ELECTRIC, LLC

The Clerk of Court for the U.S. District Court for the Western District of Wisconsin having noted that the defendant in the above-captioned matter, Williams Electric, LLC, has failed to plead or otherwise defend as provided under the Federal Rules of Civil Procedure, and that fact having been made to appear by the affidavit of the attorney for the plaintiffs;

The Clerk hereby enters the default of defendant Williams Electric, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 27th day of April, 2010.

                Peter Oppeneer
                Clerk of Court