## UNITED STATES DISTRICT COURT
### FOR THE
### WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WISCONSIN IBEW-NECA RETIREMENT PLAN,
JANESVILLE - BELOIT AREA ELECTRICAL
JOINT APPRENTICESHIP AND TRAINING FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,

    Plaintiffs,

      vs.        Case No. 10-CV-102

WILLIAMS ELECTRIC, LLC,

    Defendant.

### ORDER FOR JUDGMENT AND INJUNCTIVE RELIEF

A motion for default judgment with supporting pleadings having being brought by the plaintiffs in the above-captioned action were submitted to the court and filed with the Clerk.

The court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.  Defendant Williams Electric, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure and controlling case law in the Seventh Circuit.

2.  Defendant Williams Electric, LLC violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff

REINHART\3497842

Funds on a timely basis and failing to submit monthly remittance reports to the plaintiff Funds.

3.      The court assesses damages, consisting of attorney fees and costs, to the plaintiffs at this time in the sum of $4,614.50.

**IT IS HEREBY ORDERED**:

1.      That the Clerk of Court is directed to enter partial judgment in favor of plaintiffs Wisconsin Electrical Employees Health and Welfare Plan, Wisconsin IBEW – NECA Retirement Plan, Janesville – Beloit Area Electrical Joint Apprenticeship and Training Fund, and Wisconsin Electrical Employees Apprenticeship Coordinator Fund, and against defendant Williams Electric, LLC in the amount of $4,614.50.

2.      Defendant Williams Electric, LLC is to submit within twenty-one (21) days to an audit of its books and records by the plaintiff Funds' designated representative covering the period January 1, 2008 through March 31, 2010;

3.      The results of the remittance reports or of said audit shall be submitted to the Court within twenty-one (21) days of the completion of the ordered task by the defendant, and the Clerk of Court shall amend the partial judgment in favor of the plaintiff Funds to include all contributions, interest and liquidated damages additionally due to the plaintiff Funds as reported on the remittance reports or in the audit report, along with the plaintiff Funds' additional costs and attorney's fees, to be submitted to the Clerk in the form of an affidavit.

Dated this 19th day of May , 2010.

Barbara B. Crabb
U.S. DISTRICT JUDGE

REINHART\3497842                                      2