IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL
EMPLOYEES HEALTH AND
WELFARE PLAN, WISCONSIN
IBEW-NECA RETIREMENT PLAN,
JANESVILLE - BELOIT AREA
ELECTRICAL JOINT
APPRENTICESHIP AND TRAINING
FUND, WISCONSIN ELECTRICAL
EMPLOYEES APPRENTICESHIP
COORDINATOR FUND,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-102-bbc

    Plaintiffs,

v.

WILLIAMS ELECTRIC, LLC,

    Defendant.

---

    This action came for consideration before the court with Distrcit Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS ENTERED:

1. In favor of plaintiffs against defendant, Williams Electric, LLC in the amount of $4,614.50.

2. Defendant William Electric, LLC is to submit within twenty-one (21) days to an audit of its books and records by the plaintiff Funds' designated representative covering the period of January 1, 2008 through March 31, 2010;

Judgment in a Civil Case                                                                                           Page 2

3. The results of the remittance reports or of said audit shall be submitted to the court within twenty-one (21) days of the completion of the ordered task by the defendant, and the Clerk of Court shall amend the partial judgment in favor of the plaintiff Funds to include all contributions, interest and liquidated damages additionally due to the plaintiff Funds as reported on the remittance reports or in the audit report, along with the plaintiff Funds' additional costs and attorney's fees, to be submitted to the Clerk in the form of an affidavit.

Approved as to form this 25th day of May, 2010.

_____
Barbara B. Crabb, District Judge


_____        _5/27/10_
Peter Oppeneer, Clerk of Court                Date