IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WISCONSIN IBEW-NECA RETIREMENT
PLAN, JANESVILLE-BELOIT AREA
ELECTRICAL JOINT APPRENTICESHIP
AND TRAINING FUN, WISCONSIN
ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,

                                Plaintiffs,

   v.

WILLIAMS ELECTRIC, LLC.,

                                Defendant.

ORDER

10-cv-102-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The judgment entered herein on May 27, 2010 is VACATED.  The clerk of court is directed to enter an amended judgment as follows:

      IT IS ORDERED that judgment is ENTERED in favor of plaintiffs against defendant Williams Electric, LLC., in the amount of $30,679.51.

      Entered this 23d day of September, 2010.

                                BY THE COURT:
                                /s/
                                BARBARA B. CRABB
                                District Judge