IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL
EMPLOYEES HEALTH AND
WELFARE PLAN, WISCONSIN
IBEW- NECA RETIREMENT PLAN,
JANESVILLE-BELOIT AREA
ELECTRICAL JOINT
APPRENTICESHIP AND TRAINING
FUND, WISCONSIN ELECTRICAL
EMPLOYEES APPRENTICESHIP
COORDINATOR FUND,

      Plaintiffs,

v.

WILLIAMS ELECTRIC, LLC. ,

      Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 10-cv-102-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that amended judgment is entered in favor of plaintiffs against defendant Williams Electric, LLC., in the amount of $30,679.51.

_____  
Peter Oppeneer, Clerk of Court

9/23/10  
Date